UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
:
IN RE: LOWER MANHATTAN DISASTER SITE     :    21 MC 102 (AKH)
LITIGATION                                :
:
:
:
------------------------------------------------------------- X
:
ROBERT ESPINAL,                           :    08-CV-2612 (AKH)
:
      Plaintiff,          :
:
-against-                                 :
:
FGP 90 WEST STREET INC., and KIBEL        :    **FGP 90 WEST STREET,**
COMPANIES, ET AL,                         :    **INC.'S NOTICE OF**
      Defendants.         :    **ADOPTION OF ANSWER TO**
:    **MASTER COMPLAINT**
:
:
------------------------------------------------------------- X

  PLEASE TAKE NOTICE THAT Defendant FGP 90 West Street, Inc., by its attorneys, DLA Piper US LLP, as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts FGP 90 West Street, Inc.'s Answer to Master Complaint dated August 3, 2007, which was filed in the matter *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH). To the extent that FGP 90 West Street, Inc.'s Answer to the Master Complaint does not comprehensively address any of the allegations set forth in the Check-Off Complaint filed in the above-captioned matter, FGP 90 West Street, Inc. denies knowledge or information sufficient to form a belief as to the truth of such allegations.

  WHEREFORE, FGP 90 West Street, Inc. demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

NEWY1\8243287.1

Dated: New York, New York.
      May 30, 2008

                                                By:    s/ Keara M. Gordon
                                                       Keara M. Gordon (KMG 2323)
                                                       Michael D. Hynes (MH 5086)
                                                       DLA PIPER US LLP
                                                     1251 Avenue of the Americas
                                                     New York, New York 10020-1104
                                                     Phone: (212) 335-4500
                                                     Facsimile: (212) 335-4501

                                                     Robert J. Mathias (admitted *pro hac vice*)
                                                     The Marbury Building
                                                     6225 Smith Avenue
                                                     Baltimore, MD 21209-3600
                                                     Phone: (410) 580-3000
                                                     Fax: (410) 580-3001

                                                     *Attorneys for Defendant*
                                                     *FGP 90 West Street, Inc.*